UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PROVIDIAN FINANCIAL CORPORATION and PROVIDIAN NATIONAL BANK, N.A.,

Plaintiffs,

v.

ZEPHYR MARKETING, THOMAS L. CRAIN, and DOES 1-25,

Defendants.

00 CV 2399 DSD/SRN

RECEIVED OCT 27 2000 U.S. DIST. COURT MINNEAPOLIS, MN

**TEMPORARY RESTRAINING ORDER**

Pursuant to the Court's Order of October 27, 2000,

**IT IS ORDERED** that:

1. Defendants, together with their officers, agents, servants, employees, and attorneys, are temporarily enjoined from using Plaintiffs' Internet web sites, or any other means, to apply for Aria (SM) credit cards, or any other credit cards issued by Plaintiffs on behalf of a third-party customer or consumer;

2. Defendants are further enjoined, effective immediately, from transferring, withdrawing, or otherwise removing assets except in the ordinary course of business.

3. Plaintiffs and Defendants are ordered to appear before this Court on October 30, 2000 at 3:30 p.m. before Judge David S. Doty at the United States Courthouse in Minneapolis, Minnesota. At such time, Defendants are ordered to show cause why the temporary injunctive relief ordered herein should not be confirmed and a preliminary injunction as sought in Plaintiffs' moving papers issued in Plaintiffs' favor.

DATED: October 27, 2000.
11:30 a.m.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED OCT 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK