RECEIVED
OCT 27 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PROVIDIAN FINANCIAL CORPORATION and PROVIDIAN NATIONAL BANK, N.A.,

Plaintiffs,

v.

ZEPHYR MARKETING, THOMAS L. CRAIN, and DOES 1-25,

Defendants.

00 CV 2399 DSD/SRN

**ORDER**

---

The above-entitled matter came before the undersigned on October 27, 2000 upon Plaintiffs' Motion for an *Ex Parte* Temporary Restraining Order.

The Court is satisfied and therefore finds that, absent a temporary restraining order, Defendants will continue to offer and sell Plaintiffs' credit cards to the public without authorization and with an apparent intent to deceive. Such conduct is likely to create an irreparable injury both to Plaintiffs and to the general public. The Court further finds that Defendants appear likely to secrete or destroy evidence and therefore issues this Order without prior notice to Defendants.

Now, therefore, upon the files, records, and proceedings herein and upon the deposit of Five Thousand Dollars ($5,000.00) for the payment of such costs and damages as may be incurred by any party who is found to have been wrongfully enjoined.

**IT IS HEREBY ORDERED** that Plaintiffs' motion for a Temporary Restraining Order is GRANTED and that a Temporary Restraining Order issue in the form attached.

DATED: October 27, 2000.

11:30 a.m

DONALD D. ALSOP, Senior Judge
United States District Court

OCT 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PROVIDIAN FINANCIAL CORPORATION and PROVIDIAN NATIONAL BANK, N.A.,

Plaintiffs,

v.

ZEPHYR MARKETING, THOMAS L. CRAIN, and DOES 1-25,

Defendants.

00 CV 2399 DSD/SRN

**TEMPORARY RESTRAINING ORDER**

---

Pursuant to the Court's Order of October 27, 2000,

**IT IS ORDERED** that:

1. Defendants, together with their officers, agents, servants, employees, and attorneys, are temporarily enjoined from using Plaintiffs' Internet web sites, or any other means, to apply for Aria (SM) credit cards, or any other credit cards issued by Plaintiffs on behalf of a third-party customer or consumer;
2. Defendants are further enjoined, effective immediately, from transferring, withdrawing, or otherwise removing assets except in the ordinary course of business.
3. Plaintiffs and Defendants are ordered to appear before this Court on October 30, 2000 at 3:30 p.m. before Judge David S. Doty at the United States Courthouse in Minneapolis, Minnesota. At such time, Defendants are ordered to show cause why the temporary injunctive relief ordered herein should not be confirmed and a preliminary injunction as sought in Plaintiffs' moving papers issued in Plaintiffs' favor.

DATED: October ______, 2000.

DONALD D. ALSOP, Senior Judge
United States District Court