UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 00 CV 2399 DSD/SRN

Providian Financial Corporation and Providian National Bank, N.A.,

Plaintiffs,

vs.

Zephyr Marketing, Thomas L. Crain, and Does 1-25,

Defendants.

**STIPULATION AND ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

**WHEREFORE**, on October 27, 2000, pursuant to an *ex parte* motion filed by Plaintiffs, the Court entered a Temporary Restraining Order ("TRO") enjoining Defendants, together with their officers, agents, servants, employees, and attorneys, from using Plaintiffs' Internet web sites, or any other means, to apply for Aria credit cards, or any other credit cards issued by Plaintiffs, on behalf of third party customers or consumers. The TRO also enjoined Defendants from transferring, withdrawing or otherwise removing their assets, and further directed Defendants to appear before the Court at 3:30 p.m. on Monday, October 30 and to show cause why the temporary injunctive relief ordered therein should not be confirmed and a preliminary injunction issued in Plaintiffs' favor;

**WHEREAS**, on October 30, the Court extended the TRO through November 6 and directed the parties to appear before the Court at that time to present argument on Plaintiffs' motion for a preliminary injunction;

NOV 07 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, Defendants have agreed to informally share information with Plaintiffs, and, thereafter, discuss the possibility of a mutually acceptable settlement;

**WHEREAS**, the parties believe that additional time is needed to fully explore settlement and, therefore, agree to extend the TRO through November 20, or longer if necessary for the Court to hear Providian's motion for a preliminary injunction in the event the parties are unable to reach a negotiated settlement.

**NOW, THEREFORE**, the above-named parties, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. That the Court should extend the TRO issued by the Court on October 27, 2000.

2. The Court may enter an order pursuant hereto, without a hearing or further notice to the parties.

3. Counsel for the parties shall notify the Court on or before Thursday, November 16 of the status of their settlement efforts. If at that time the parties agree that the matter is unlikely to be settled, the Court may schedule a hearing on November 20, or as soon thereafter as is practicable, to hear argument on Plaintiffs' motion for a preliminary injunction.

Dated: 11/3, 2000

LEONARD, STREET AND DEINARD
Professional Association

By [signature]
Thomas F. Nelson (#1?4040)
Todd A. Noteboom (#240047)
Amy R. Brosnahan (#293283)

150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

ATTORNEYS FOR PLAINTIFFS PROVIDIAN FINANCIAL CORPORATION AND PROVIDIAN NATIONAL BANK, N.A.

Dated: 11/6, 2000

LETT LAW OFFICES, P. A.

By [signature]
Brian A. Lett

2940 Harriet Avenue South
Minneapolis, MN 55408

ATTORNEYS FOR DEFENDANTS ZEPHYR MARKETING AND THOMAS L. CRAIN

**ORDER**

Upon the foregoing stipulation, and based on the consent of Defendants, the Temporary Restraining Order issued by the Court on October 27, 2000 is extended through November 20, 2000. Counsel for the parties are directed to notify the Court on or before Thursday, November 16 of the status of their settlement negotiations. If the matter is not settled at such time, the Court will hear argument on Plaintiffs' motion for a preliminary injunction on November 20, 2000 at 1:30 p.m.

Dated: Nov. 7, 2000

BY THE COURT:

The Honorable David S. Doty
United States District Court