UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 00-CV-2399 DSD/FLN

Providian Financial Corporation and Providian National Bank, N.A.,

Plaintiffs,

vs.

**ORDER**

Zephyr Publishing Corporation, Zephyr Marketing, Sword Ventures, Inc., Stellar Credit Services, Inc., Thomas L. Crain, Secure Connections, Inc., Rapid Business Services, Rapid Pay Corp., Joel Katz, CWB Communications, Inc., LeRoy Jackson, Maple International Sales and Marketing, and Does 1-25,

Defendants.

This matter is before the Court on Plaintiffs' motion for default judgment against Defendants Secure Connections, Inc., Rapid Business Services, Inc., Rapid Pay Corp., Joel Katz, CWB Communications, Inc., LeRoy Jackson and Maple International Sales and Marketing ("Defendants"). Based upon the submissions of the parties, and all prior proceedings herein, the Court hereby orders that:

1. Plaintiffs' motion for default judgment is hereby GRANTED;

2. Defendants are hereby permanently enjoined from using Plaintiffs' Internet websites, or any other means, to apply for Aria (SM), GetSmart VISA, or any other Providian-issued credit cards on behalf of third-party consumers, and from participating in any telemarketing or direct mail campaigns, organizations or enterprises in which applications are submitted by any means for Providian-issued credit cards;



FILED 4-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-5-02
DEPUTY CLERK

3. Defendants are hereby ordered to pay Plaintiffs' attorneys' fees, costs and expenses incurred in connection with this action. Defendants shall each be jointly and severally liable for this payment obligation; and

4. Plaintiffs are hereby directed to submit an affidavit describing the attorneys' fees, costs and expenses it has incurred.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

4/5/02

David S. Doty
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.